Thelma Bass, Assignee of Henry A. Klein, Appellant,
v. Rubin Agrest et al., Appellees.

Gen. No. 46,248.   (Abstract of Decision.)

Louis Eisenman, for appellant; Irving S. Abrams, of counsel; Maurice Weissman, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed May 5, 1954; released for publication June 15, 1954.

William Lee, Plaintiff-Appellee, v. Louisville and
Nashville Railroad Company, Defendant-Appellant.

Term No. 54-F-1.   (Abstract of Decision.)

Baltz & Guymon, for appellant; Louis Beasley, for appellee. Opinion by PRESIDING JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed May 10, 1954; released for publication June 3, 1954.

Henry Bauer, Sr., Henry Bauer, Jr., Joseph L. Bauer and Marcus Bauer, Trading as Belleville Sheet Metal Works, Plaintiffs-Appellees, v. Margaret Smith, Defendant-Appellant.

Term No. 54–F–5. (Abstract of Decision.)

Marvin Barnes, for appellant; John R. Sprague, for appellees. Opinion by JUSTICE BARDENS. Not to be published in full. Opinion filed May 10, 1954; released for publication June 3, 1954.

Carl Moore and Evelyn Moore, Appellees, v. Bernard Miller, Appellant.

Gen. No. 46,227. (Abstract of Decision.)